| | | |
|---|---|---|
| **BROWNSVILLE**<br>600 E. HARRISON STREET #103<br>BROWNSVILLE 78520-7122<br>(956) 548-2522 | **UNITED STATES DISTRICT COURT**<br>SOUTHERN DISTRICT OF TEXAS<br>PROBATION OFFICE | **CORPUS CHRISTI**<br>1133 N. SHORELINE STE. 124<br>CORPUS CHRISTI 78401<br>(361) 888-3145 |
| **HOUSTON**<br>P.O. BOX 61207<br>HOUSTON 77208<br>Voice: (713) 250-5266 | April 24, 2015 | **VICTORIA**<br>P. O. BOX 125<br>VICTORIA 77902-0125<br>(361) 579-6640 |
| **GALVESTON**<br>P. O. BOX 2670<br>GALVESTON 77553-2670<br>(409) 766-3733 |  | **McALLEN**<br>1701 WEST BUSINESS 83, SUITE 729<br>McALLEN 78501-5159<br>(956) 618-8035 |
| **LAREDO**<br>1300 VICTORIA, SUITE 2111<br>LAREDO 78040<br>(956) 726-2255 | | |

**REPLY TO:** Houston

The Honorable Melinda Harmon
U.S. District Judge
Bob Casey U.S. Courthouse
515 Rusk
Houston TX 77002

                                        **RE: SAYLES, Donshay**
                                        **Docket No. 4:00CR00377-004**
                                        **EARLY TERMINATION RECOMMENDATION**

Dear Judge Harmon:

On April 20, 2001, Donshay Sayles was sentenced to a 188-month term of imprisonment followed by a five-year term of supervised release for the offenses of possession with intent to distribute 50 grams or more of cocaine base, aiding and abetting, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(iii) and 18 U.S.C. § 2; and conspiracy to possess with intent to distribute 50 grams or more of cocaine base; in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(iii) and § 846. Mr. Sayles was ordered to pay a $200 special assessment. He was also ordered to participate in a substance abuse treatment program.

While in the Bureau of Prisons, Mr. Sayles was assaulted leaving him in a vegetative state. According to the medical providers in the Bureau of Prisons, Mr. Sayles will likely require skilled nursing care or in-home health care to provide medical assistance including tube feeding. Mr. Sayles is not oriented to place, time or person. As per Mr. Sayles' BOP physician, Mr. Sayles' "prognosis is fair; he has a brain injury that has left him in a vegetative state (he can open his eyes but he cannot move, cannot walk and cannot talk). Mr. Sayles has been in this condition since May 2014. His future condition will be stable with appropriate care, but he will remain in a vegetative state."

Current and prior criminal record checks reveal no new arrests or pending charges. Mr. Sayles has no history of sexually assaultive behavior, and he did not play an aggravating role in the instant offense.

Mr. Sayles' family relationships appear strong. Mr. Sayles will reside with his mother in Houston, Texas, then in a nursing home upon his release from the Bureau of Prisons, once his mother obtains power of attorney. There is no identifiable risk to either the public safety in general nor to any identified third party.

| BROWNSVILLE | UNITED STATES DISTRICT COURT | CORPUS CHRISTI |
| --- | --- | --- |
| 600 E. HARRISON STREET #103 | SOUTHERN DISTRICT OF TEXAS | 1133 N. SHORELINE STE. 124 |
| BROWNSVILLE 78520-7122 | PROBATION OFFICE | CORPUS CHRISTI 78401 |
| (956) 548-2522 | | (361) 888-3145 |
| HOUSTON | April 24, 2015 | VICTORIA |
| P.O. BOX 61207 | | P. O. BOX 125 |
| HOUSTON 77208 | | VICTORIA 77902-0125 |
| Voice: (713) 250-5266 | | (361) 579-6640 |
| GALVESTON | | McALLEN |
| P. O. BOX 2670 | | 1701 WEST BUSINESS 83, SUITE 729 |
| GALVESTON 77553-2670 | | McALLEN 78501-5159 |
| (409) 766-3733 | | (956) 618-8035 |
| LAREDO | | |
| 1300 VICTORIA, SUITE 2111 | | |
| LAREDO 78040 | | |
| (956) 726-2255 | | |



RE: Sayles, Donshay
Docket No. 4:00CR00377-004
Page 2

In view of the above evaluation, it is the recommendation of the U.S. Probation Office that the term of supervision of Donshay Sayles be terminated early, effective May 13, 2015, the offender's release date from the Bureau of Prisons.

Consistent with F.R.C.P. 32.1(c)(2)(C), the attorney for the government was notified April 13, 2015, and no objection has been received by this office. If the Court concurs with this recommendation, an order is attached for signature and filing. If further assistance is needed, please contact this officer at 713-250-5785.

Respectfully,

Jennifer Slaton
Sr. U.S. Probation Officer

Approved for Submittal:

Javier Garcia, Supervising
U.S. Probation Officer